## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JEFFREY CHAMBERS,　　　　　　　)
　　　　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　　　)　　No. 1:17-cv-539
-v-　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　Honorable Paul L. Maloney
REBECCA RUTLEDGE and　　　　　)
DOUGLAS DOORNBOS,　　　　　　　)
　　　　　　　　　Defendants.　　)
_____)

### JUDGMENT

The Court has dismissed all claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

This judgment will **TERMINATE** the action and constitutes a final and appealable order. Under Rule 4(a) of the Federal Rules of Appellate Procedure, any notice of appeal must be filed within 30 days of the date of this Judgment.

**IT IS SO ORDERED.**

Date:　 November 13, 2017 　　　　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　United States District Judge